A04A0573. GENERAL MOTORS ACCEPTANCE CORPORATION
v. STATE OF GEORGIA.
(619 SE2d 713)

BLACKBURN, Presiding Judge.

In *Gen. Motors Acceptance Corp. v. State of Ga.*,[1] the Supreme Court reversed the judgment of this Court in *Gen. Motors Acceptance Corp. v. State of Ga.*[2] Therefore, we vacate our earlier opinion and adopt the judgment of the Supreme Court as our own.

*Judgment reversed. Ruffin, C. J., Andrews, P. J., Barnes, Mikell, Adams and Bernes, JJ., concur.*

DECIDED AUGUST 3, 2005.

*Sutherland, Asbill & Brennan, Valerie S. Sanders, William D. Barwick, Thomas M. Byrne, McCullough & Payne, John D. McCullough*, for appellant.
*Andrew T. Jones, Gary D. Bergman*, for appellee.

---

[1] *Gen. Motors Acceptance Corp. v. State of Ga.*, 279 Ga. 328 (613 SE2d 641) (2005).
[2] *Gen. Motors Acceptance Corp. v. State of Ga.*, 268 Ga. App. 473 (602 SE2d 235) (2004).